# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANNA WETHJE, | * | |
|    Plaintiff, | * | |
| v. | * | Civil Action No. 8:18-cv-2424-PX |
| CACI INTERNATIONAL, INC., | * | |
|    Defendant. | * | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Defendant CACI International, Inc.'s partial motion to dismiss. ECF No. 3. The motion is fully briefed, and no hearing is necessary. *See* Loc. R. 105.6. For the following reasons, the motion, unopposed by Plaintiff, is GRANTED.

Plaintiff Danna Wethje brought this employment discrimination case against her former employer, alleging racial discrimination and disparate treatment in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ECF No. 1 ¶¶ 38, 44. Plaintiff alleges that she was terminated for discriminatory reasons. *Id.* ¶ 1. Although Plaintiff now contends that she did not bring separate retaliation or hostile work environment claims, the Complaint indeed states that "this is an action for unlawful discrimination, retaliation, and hostile work environment." *Id.* ¶ 5.

Defendant moved to dismiss the retaliation and hostile work environment claims only. ECF No. 3-1 at 1 & n.1.[1] To the extent that the Complaint brought a retaliation or hostile work environment claim, Plaintiff now makes clear that she did not intend to bring such claims. *See* ECF No. 5 at 1. Given that Plaintiff does not oppose dismissal of these claims, and in fact argues she never brought them in the first place, this Court on this 6th day of May 2019, hereby

---

[1] Defendant did not move to dismiss Plaintiff's other discrimination claims. *Id.*

ORDERS that:

1. The Partial Motion to Dismiss filed by Defendant CACI International, Inc. (ECF No. 3) BE, and the same hereby IS, GRANTED; and

2. The Clerk shall TRANSMIT copies of this Memorandum Opinion and Order to counsel for the parties.

5/6/2019_____ _____/S/_____
Date                                          Paula Xinis
                                              United States District Judge