IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANNA WETHJE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:18-cv-02424-PX |
| CACI-ISS, INC. | * | |
| Defendant. | * | |
| | *** | |

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 1st day of March, 2022,

**ORDERED**,

1. Judgment is entered in favor of Defendant CACI-ISS, Inc. and against Plaintiff Danna Wethje; and

2. All prior Court rulings are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Federal Rule of Civil Procedure 58.

_3/1/2022_
Date

_Paula Xinis_
Paula Xinis
United States District Judge